UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __5:10-cr-0009 JLT__

U.S.A.
v.
__Milhem N. Kassouf__

**ORDER TO PAY**

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ __215.00__        (✓) **Penalty ASSESSMENT** of $ __10.00__

( ) **PROCESSING Fee** of $ _____        for a **TOTAL AMOUNT** of $ __225.00__ ,

paid within __30__ days.    **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| | CENTRAL VIOLATIONS BUREAU<br>PO Box 70939<br>Charlotte, NC 28272-0939<br>1-800-827-2982 | | CLERK, U.S.D.C.<br>501 'I' St., #4-200<br>Sacramento, CA 95814 | ✓ | CLERK, U.S.D.C.<br>2500 Tulare St., Rm 1501<br>Fresno, CA 93721 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __4/6/2010__        __/s/ Alan C. Leon-Guerrero__
                     for:  U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007